IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

OLANDO DESHUN GRAY                                                                                    PLAINTIFF

V.                                              CASE NO. 1:16-CV-01070

LIEUTENANT GREEN, Union County
Detention Center (UCDC); NURSE RICE,
UCDC; CAPTAIN MITCHAM, UCDC;
and DR. HOPKINS, UCDC                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 20, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Judge Bryant recommends that Separate Defendant Dr. Deanna Hopson's Motion for Summary Judgment (ECF No. 15) be granted. Plaintiff has filed an objection to the Report and Recommendation. (ECF No. 21). That objection simply states "I Olando Deshun Gray 32694 has one Objections to Everything Dealing with case # Civil No. 1:16-CV-01070." Although these objections were timely filed, they were not specific so as to trigger *de novo* review.

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Separate Defendant Dr. Deanna Hopson's Motion for Summary Judgment (ECF No. 15) is **GRANTED**, and all claims against Separate Defendant Dr. Deanna Hopson are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge