IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

OLANDO DESHUN GRAY                                                                    PLAINTIFF

V.                            CASE NO. 1:16-CV-01070

LIEUTENANT GREEN, Union County
Detention Center (UCDC); NURSE RICE,
UCDC; and CAPTAIN MITCHAM, UCDC                                        DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 24) is hereby **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, on this 6th day of October 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge